IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

JOHN COLTON SCOTT HUGGINS                                              PLAINTIFF

v.                            Case No. 4:17-cv-00007-KGB

VAN BUREN COUNTY DETENTION
CENTER, *et al.*                                                      DEFENDANTS

## JUDGMENT

Pursuant to the Order entered on this date, it is considered, ordered, and adjudged that plaintiff John Colton Scott Huggins's complaint is dismissed without prejudice. The relief sought is denied. The Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that an *in forma pauperis* appeal taken from the Order and Judgment dismissing this action is considered frivolous and not in good faith.

So adjudged this 25th day of October, 2018.

                                                                Kristine G. Baker
                                                                United States District Judge